PD-0832-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/30/2015 9:50:14 AM
Accepted 12/30/2015 12:16:23 PM
ABEL ACOSTA
CLERK



# KEN PAXTON

ATTORNEY GENERAL OF TEXAS

December 30, 2015

Honorable Abel Acosta
Clerk of the Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, TX 78711

      RE:   *The State of Texas v. James Alan Jenkins*
              Court of Criminal Appeals No. PD-0832-15

Dear Mr. Acosta:

This Court has scheduled oral argument in this case for Wednesday, February 3, 2016. The undersigned attorney will appear for the State at oral argument.

                        Yours truly,

                        /s/ Jon R. Meador
                        JON R. MEADOR
                        Assistant Attorney General
                        Office of the Attorney General

Enclosure
cc:   George Sechrist, Attorney for Appellee
       Lisa McMinn, State Prosecuting Attorney

FILED IN
COURT OF CRIMINAL APPEALS

December 30, 2015

ABEL ACOSTA, CLERK